No. 76-6859. FORD v. REES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 76-6861. CHIARELLO v. FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 76-6862. CASTANEDA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76-6863. DEFREITAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76-6864. GOLSTON v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 76-6865. PURDY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 76-6868. BROWN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 76-6869. MASON v. GAGNON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 76-6871. DAVIS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76-6874. WHITE ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76-6876. ANDERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76-6877. PADILLA-MARTINEZ v. UNITED STATES; and
No. 76-6878. NAVAS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 552 F. 2d 435.

No. 76-6879. SMITH v. MCNICHOL ET AL. Pa. Commw. Ct. Certiorari denied.

No. 76-6881. ENGLISH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.